780 A.2d 605

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Earnest GAITLING, Respondent.**

Supreme Court of Pennsylvania.

Sept. 12, 2001.

*ORDER*

PER CURIAM

**AND NOW,** this 12th day of September, the Petition for Allowance of Appeal is granted, limited as follows:

Whether merger was precluded for the purpose of avoiding a "volume discount" for multiple criminal acts under this Court's decision in *Commonwealth v. Belsar,* 544 Pa. 346, 676 A.2d 632 (1996).